**Exhibit A**

US00D612703S

(12) **United States Design Patent**     (10) **Patent No.:**      **US D612,703 S**

Hanes                                     (45) **Date of Patent:**  ∗∗ **Mar. 30, 2010**

(54) **CABINET KNOB**

(75) Inventor:   **Wendy Hanes**, Benton, LA (US)

(73) Assignee:   **Hardware Resources, Inc.**, Bossier City, LA (US)

(∗∗) Term:      **14 Years**

(21) Appl. No.:  **29/313,387**

(22) Filed:     **Dec. 31, 2008**

(51) **LOC (9) Cl.** ................................................. **08-06**
(52) **U.S. Cl.** .................................................... **D8/307**
(58) **Field of Classification Search** ................ D8/300, D8/307, 310, DIG. 2, DIG. 3, 312; D7/392, D7/393; 16/110.1, 417, 441; 292/336.3, 292/337, 347; D23/250, 252, 254; D99/11; 220/752, 753; D6/524, 545, 580, 578; 40/331
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,068,922 | A | * | 1/1937 | Marchand | .................... 16/417 |
| D123,262 | S | * | 10/1940 | Foster | ........................ D8/307 |
| D132,609 | S | * | 6/1942 | Tomoe | ........................ D8/312 |
| D203,147 | S | * | 12/1965 | Kaiser | ........................ D23/250 |
| D312,497 | S | * | 11/1990 | Paul | ........................ D23/254 |

| | | | | | |
|---|---|---|---|---|---|
| D527,977 | S | * | 9/2006 | Morris | ........................ D8/307 |
| D527,978 | S | * | 9/2006 | Morris | ........................ D8/307 |
| D527,979 | S | * | 9/2006 | Morris | ........................ D8/307 |
| D538,132 | S | * | 3/2007 | Morris | ........................ D8/307 |
| D543,088 | S | * | 5/2007 | Ricereto | .................... D8/310 |

* cited by examiner

*Primary Examiner*—Paula Greene
(74) *Attorney, Agent, or Firm*—Schultz & Associates, P.C.

(57) **CLAIM**

The ornamental design for a cabinet knob, as shown and described.

**DESCRIPTION**

FIG. **1** is a top isometric view of a cabinet knob showing my new design;

FIG. **2** is a longitudinal side elevational view thereof, the opposite side is a mirror image;

FIG. **3** is a top plan view thereof;

FIG. **4** is a lateral side elevational view thereof, the opposite side is a mirror image; and,

FIG. **5** is a bottom plan view thereof.

The broken lines are included for the purpose of illustration and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**







*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*

**Exhibit B**



US00D598269S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D598,269 S**

Hanes     (45) **Date of Patent:**     ** **Aug. 18, 2009**

(54) **CABINET HANDLE**

(76) Inventor:     **Wendy Hanes**, 711 Palmetto Rd.,
Benton, LA (US) 71006

(**) Term:     **14 Years**

(21) Appl. No.:     **29/313,385**

(22) Filed:     **Dec. 31, 2008**

(51) **LOC (9) Cl.** ................................................. **08-06**
(52) **U.S. Cl.** ................................................. **D8/317**
(58) **Field of Classification Search** .......... D8/300–302,
D8/305, 313–321, DIG. 1; D6/633; D7/393;
D3/291, 318; D23/250–254; 292/347, 336.3;
16/101.1, 412, 414–420, 443–446, 441, 110 R,
16/111 R, DIG. 19, DIG. 20
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D102,568 S | * | 12/1936 | Martin | ........................ D8/316 |
| D197,961 S | * | 4/1964 | Heyer | ........................ D8/317 |
| D205,349 S | * | 7/1966 | Clayton | ........................ D8/316 |
| D208,689 S | * | 9/1967 | Morgan | ........................ D8/317 |
| D219,702 S | * | 1/1971 | Korol | ........................ D8/316 |
| D327,409 S | * | 6/1992 | Fulton | ........................ D8/316 |
| D368,842 S | * | 4/1996 | Sonnenleiter | ........................ D8/317 |
| D399,406 S | * | 10/1998 | Decursu et al. | ........................ D8/317 |
| D403,230 S | * | 12/1998 | Ziemer et al. | ........................ D8/317 |
| D418,389 S | * | 1/2000 | O'Neil | ........................ D8/317 |
| D424,402 S | * | 5/2000 | Caugh et al. | ........................ D8/317 |
| D431,444 S | * | 10/2000 | Short | ........................ D8/316 |
| D431,445 S | * | 10/2000 | Short | ........................ D8/316 |
| D437,202 S | * | 2/2001 | O'Neil | ........................ D8/317 |
| D450,999 S | * | 11/2001 | Dewald et al. | ........................ D8/316 |
| D451,782 S | * | 12/2001 | Dewald | ........................ D8/317 |
| D493,349 S | * | 7/2004 | Tetreault et al. | ........................ D8/317 |
| D530,590 S | * | 10/2006 | Singtoroj et al. | ........................ D8/302 |
| D542,119 S | * | 5/2007 | Ricereto | ........................ D8/317 |
| D543,436 S | * | 5/2007 | Ricereto | ........................ D8/316 |

| | | | | |
|---|---|---|---|---|
| D551,056 S | * | 9/2007 | Ricereto | ........................ D8/317 |
| D559,654 S | * | 1/2008 | Tor Verges | ........................ D8/315 |
| D563,197 S | * | 3/2008 | Lowe et al. | ........................ D8/316 |
| D564,856 S | * | 3/2008 | Ricereto | ........................ D8/316 |
| D568,140 S | * | 5/2008 | Hanes | ........................ D8/316 |
| D569,704 S | * | 5/2008 | Ricereto | ........................ D8/315 |
| D570,185 S | * | 6/2008 | Hanes | ........................ D8/315 |
| D570,187 S | * | 6/2008 | Hanes | ........................ D8/317 |
| D573,868 S | * | 7/2008 | Ricereto | ........................ D8/315 |
| D574,217 S | * | 8/2008 | Jou | ........................ D8/317 |
| D574,218 S | * | 8/2008 | Jou | ........................ D8/317 |
| D575,623 S | * | 8/2008 | Matijevic | ........................ D8/316 |
| D575,624 S | * | 8/2008 | Matijevic | ........................ D8/316 |
| D582,247 S | * | 12/2008 | Jou | ........................ D8/317 |

* cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Mark A Goodwin
(74) *Attorney, Agent, or Firm*—Schultz & Associates, P.C.

(57)     **CLAIM**

The ornamental design for a cabinet handle, as shown and
described.

**DESCRIPTION**

FIG. **1** is a top isometric view of the cabinet handle in accor-
dance with the present invention; and,

FIG. **2** is a longitudinal side elevation view of the cabinet
handle in accordance with the present invention.

FIG. **3** is a top view of the cabinet handle in accordance with
the present invention.

FIG. **4** is a lateral side elevation view of the cabinet handle in
accordance with the present invention; and,

FIG. **5** is a bottom view of the cabinet handle in accordance
with the present invention.

The broken line showing of the holes in FIG. **5** is included for
the purpose of illustrating portions of the cabinet handle and
forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





*FIG. 1*



FIG. 2

FIG. 3



*FIG. 4*



*FIG. 5*

# Exhibit C



## Similar Items At ATG Stores

| Residential Essentials 10201 Knob $3.39 (12) | Residential Essentials 10203 Knob $2.63 (20) | Residential Essentials 10227 Mock Key Cabinet $4.24 (18) | Residential Essentials 10320 Cabinet Knob $2.37 (3) |

**NEW**

Shown in Satin Nickel Finish

2417714G

View Larger | Share your Images

### Residential Essentials 10381SN Knob

by Residential Essentials

Be the first to write a review

| List Price | $11.08 |
| Price | **$9.76** |
| You Save | Up to $1.32 |
| You Earn | 10 Reward Points |

**This item is not for sale**

Return Policy

FREE Knob & Pull Samples Program   Learn More

| Description | Dimensions | Reviews | Brand |

## Product Description

Knob

Residential Essentials extensive line of Cabinet Hardware. Available in several finishes to match every style of bath decor, and will accent any home with a distinct decorative appeal.

| Materials: | Zinc |
| Listing: | Quick Ship |

## Dimensions & Weights

| Height: | 0.8125 inches |
| Length: | 1½ inches |
| Projection: | 1.0625 inches |

## Feedback

Would you like to update product info, give feedback on images, or tell us about a lower price?



1

**Related Items**



Residential
Essentials 10227
Mock Key…
$4.24

Help

## Questions & Answers

Type your question here...    Ask

There are no questions from the community yet

## Customer Reviews

This product has no customer reviews yet

Write an online review and be the first to share your thoughts with other customers

## Brand Info



Residential Essentials offers an extensive line of Bath Hardware, Cabinet Hardware, Decorative Hooks
and Switch Plates in matching finishes. Their popular finishes include Aged Pewter, Black, Polished
Chrome, Satin Nickel and Venetian Bronze. Styles styles range from traditional to modern, and will
accent any home with a distinct decorative appeal.

**Overall Grade**

A+



| Shipping | Customer Reviews | Support History |
|---|---|---|
| On Time Shipping | Overall (519 Reviews) | Rate of Return |
| In Stock | Quality | What's this? |
| Packaging | Installation | |
| | Value | |

What's this?

**Residential Essentials Warranty**
limited warranty of repair or replacement of 1 yr. Agree to replace or repair damaged product within 5 days of notification.

## Tag This Product

A tag is a keyword assigned to a product which helps describe the item and allows it to be found by other customers

Add a new tag:    Add Tag
Separate multiple tags with commas
What's this?

## Additional Details

| Mfr Part # | |
|---|---|
| Sku | 12458333S |
| Group # | 2417714 |
| Category | Cabinet Knobs - 675 |
| Style | Traditional - 143 |
| Sales Rank | 2873 |



2



**Exhibit D**



## Similar Items At ATG Stores

Hickory Hardware P132 Traditional Cavalier Pull
$2.39
(45)

Residential Essentials 10207 Pull
$3.65
(19)

Residential Essentials 10208 Pull
$3.99
(36)

Residential Essentials 10217 Pull
$5.94
(27)

NEW

2417715G

View Larger | Share your Images

# Residential Essentials 10383SN Pull
by Residential Essentials

Be the first to write a review

| | |
|---|---|
| List Price | $11.47 |
| Price | **$10.08** |
| You Save | Up to $1.39 |
| You Earn | 11 Reward Points |

**This item is not for sale**

Return Policy

- Length: 3.438in
- Center to Center: 3in

**FREE** Knob & Pull Samples Program    Learn More

| Description | Dimensions | Reviews | Brand |
|---|---|---|---|

## Product Description

Pull

Residential Essentials extensive line of Cabinet Hardware. Available in several finishes to match every style of bath decor, and will accent any home with a distinct decorative appeal.

| | |
|---|---|
| Materials: | Zinc |
| Listing: | Quick Ship |

## Dimensions & Weights

| | |
|---|---|
| Center to Center: | 3 inches |
| Height: | ¾ inches |
| Length: | 3.438 inches |
| Projection: | 1.188 inches |

## Feedback

Would you like to update product info, give feedback on images, or tell us about a lower price?



## Coordinating Items



Residential
Essentials 10381
Knob
$9.76



Residential
Essentials 10227
Mock Key…
$4.24

## Questions & Answers

| Type your question here... | Ask |

There are no questions from the community yet

## Customer Reviews

This product has no customer reviews yet

Write an online review and be the first to share your thoughts with other customers

## Brand Info



Residential Essentials offers an extensive line of Bath Hardware, Cabinet Hardware, Decorative Hooks and Switch Plates in matching finishes. Their popular finishes include Aged Pewter, Black, Polished Chrome, Satin Nickel and Venetian Bronze. Styles styles range from traditional to modern, and will accent any home with a distinct decorative appeal.

**Overall Grade**



**Shipping**
On Time Shipping

In Stock

Packaging

What's this?

**Customer Reviews**
Overall (519 Reviews)

Quality

Installation

Value

**Support History**
Rate of Return

What's this?

**Residential Essentials Warranty**
limited warranty of repair or replacement of 1 yr. Agree to replace or repair damaged product within 5 days of notification.

## Tag This Product

A tag is a keyword assigned to a product which helps describe the item and allows it to be found by other customers

Add a new tag: | Add Tag
Separate multiple tags with commas
What's this?

## Additional Details

| | |
|---|---|
| **Mfr Part #** | |
| **Sku** | 12458337S |
| **Group #** | 2417715 |
| **Category** | Cabinet Pulls - 676 |
| **Style** | Traditional - 143 |



2

**Sales Rank** 3022

